# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PETERSON,<br><br>   *Petitioner*,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   *Respondent*. | 2:14-cv-00180-LDG-GWF<br><br>ORDER |

In this habeas matter, neither the record nor the Court's administrative records reflect that petitioner has paid the filing fee or submitted a new pauper application. The prior order informed petitioner that a failure to timely do so would result in dismissal of the action without further advance notice. The Court notes that petitioner is not in physical custody and that he provided an address that is approximately a mile from the Las Vegas federal courthouse. A prison mailbox rule thus does not apply to responses in the case.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice. The Clerk of Court shall enter final judgment accordingly.

DATED: 18 MAR 2014

_____
LLOYD D. GEORGE
United States District Judge